Maud Schlafman, Administratrix of Estate of Frederick Schlafman, Deceased, Plaintiff-Appellee, v. Paul F. O'Neil and Thomas J. O'Malley, Jr. (Paul F. O'Neil, Appellant), Defendants.

Gen. No. 10,565. 

Dixon, Bales & Gunner, for appellee; William R. Gunner, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed May 2, 1952; released for publication May 22, 1952.